UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE / BRYSON CITY DIVISIONS

| | |
|---|---|
| IN RE:<br><br>**Silas Wilson Bohannon**<br>**Sandra Faye Bohannon**<br><br>Debtor(s) | Chapter<br><br>Case No. **12-20008** |

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

David G. Gray, Chapter 13 Trustee, reports to the Court that the above-named debtor(s) has/have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan.

Dated: 4/1/2016

_____
David G. Gray, Chapter 13 Trustee
81 Central Avenue
Asheville, NC 28801
828/254-7168

### CERTIFICATE OF SERVICE

This is to certify that on the date noted above I served the debtor(s) and counsel for the debtor(s) with a copy of this pleading. The debtor(s) was/were served by depositing in the United States mail a copy of same in a properly addressed envelope with first class postage thereon. The attorney was served electronically.

_____
David G. Gray, Chapter 13 Trustee
81 Central Avenue
Asheville, NC 28801

#1 3/1/13

## INSTRUCTIONS REGARDING CHAPTER 13 DISCHARGE
[To be mailed by Chapter 13 Trustee with Report of Completion of Plan Payments.]

To the Debtor and the Attorney for the Debtor:

The Chapter 13 Trustee has filed a Report of Completion of Plan Payments.

> You are hereby notified that, pursuant to the Bankruptcy Code & Rules, and Local Rule 4004-1, IF YOU BELIEVE YOU ARE ENTITLED TO A DISCHARGE, you must prepare, sign, file, and serve on your creditors a CHAPTER 13 DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION REGARDING PLAN COMPLETION, DOMESTIC SUPPORT OBLIGATIONS, AND SECTION 522(q) (Local Form 8).
>
> This document must be signed, filed and served on your creditors within 60 days of the date of filing of the Trustee's Report of Completion of Plan Payments.

Failure to file and serve the required documents timely could result in the closing of the case without a discharge.

Local Form 8, Motion for Entry of Discharge and Certification Regarding Plan Completion, Domestic Support Obligations, and Section 522(q) can be obtained from the Court's web site at www.ncwb.uscourts.gov.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this Chapter 13 case. If you do not have an attorney, you may wish to consult with one. The Chapter 13 Trustee cannot give you legal advice about this matter.

David G. Gray, Chapter 13 Trustee
81 Central Avenue
Asheville, NC 28801
828/254-7168

#2 3/1/13