# United States Bankruptcy Court
For The
Western District of North Carolina

SILAS WILSON & SANDRA FAYE BOHANNON  
1992 QUALLA ROAD  
HAYESVILLE, NC 28904

Case No.: 12-20008  
SS #1: XXX-XX-8909  
SS #2: XXX-XX-8469

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 01 | 17 | 12 |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Plan was confirmed on | 04 | 03 | 12 |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Case was concluded on | 03 | 28 | 16 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 96,661.85

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CF SOUTHEAST, LLC | 002 | DirectPay | 115,685.65 | 0.00 | 0.00 | DirectPay |
| CF SOUTHEAST, LLC | 003 | Secured | 3,680.88 | 3,680.88 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 004 | Secured | 43,726.94 | 43,726.94 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 005 | Secured | 1,783.80 | 1,783.80 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | 005A | Secured | 749.74 | 749.74 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 006 | Unsecured | 15,113.01 | 15,113.01 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 007 | Unsecured | 3,857.23 | 3,857.23 | 0.00 | 0.00 |
| CITIBANK, NA | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL AUTO CORPOR | 009 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| CLAY COUNTY TAX COLL | 010 | Priority | 369.57 | 369.57 | 0.00 | 0.00 |
| CUTSHAW CHIROPRACTIC CENT | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DR. JASON SHOOK | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST CITIZENS BANK | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GA DEPT. OF REVENUE | 014 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ALLY FINANCIAL | 015 | Secured | 9,124.47 | 9,124.47 | 603.20 | 0.00 |
| GMAC | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HAYESVILLE WELL DRILLING | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ING SERVICE CENTER | 018 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 019 | Priority | 374.54 | 374.54 | 0.00 | 0.00 |
| JACKY JONES | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JAMES E VAUGHAN, ATTORNEY | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| KETRON MOSS, DDS | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT OF REVENUE | 023 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STEPHEN MOORE JR. | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SUBURBAN PROPANE | 026 | Unsecured | 822.40 | 822.40 | 0.00 | 0.00 |
| U S ATTORNEYS OFFICE | 027 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNCLE JEB'S AUTO & TRUCK | 028 | Secured | 5,529.00 | 5,529.00 | 367.60 | 0.00 |
| UNION COUNTY TAX COMMISSI | 029 | Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED COMMUNITY BANK | 030 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNITED COMSUMER FINANCIAL | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNITED CONSUMER FINANCIAL | 032 | Secured | 250.00 | 250.00 | 16.85 | 0.00 |
| UNITED CONSUMER FINANCIAL | 032 | Unsecured | 1,206.76 | 1,206.76 | 0.00 | 0.00 |
| KIMBERLY A. SHEEK | 033 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC FINANCE CORPORATION | 034 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL JAY EMREY | 035 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| SILAS WILSON & SANDRA FAY | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Western District of North Carolina

SILAS WILSON & SANDRA FAYE BOHANNON  
1992 QUALLA ROAD  
HAYESVILLE, NC 28904

Case No.: 12-20008  
SS #1: XXX-XX-8909  
SS #2: XXX-XX-8469

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 01 | 17 | 12 | The Plan was confirmed on | 04 | 03 | 12 | The Case was concluded on | 03 | 28 | 16 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 96,661.85

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| SILAS WILSON & SANDRA FAY | 999 | Refund | 892.18 | 892.18 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 180,530.48 | 744.11 | 20,999.40 | 0.00 | 892.18 | 203,166.17 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 64,844.83 | 744.11 | 20,999.40 | 0.00 | 892.18 | 87,480.52 | |
| INTEREST PAID | 987.65 | 0.00 | 0.00 | 0.00 | 0.00 | 987.65 | 88,468.17 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| T BENTLEY LEONARD | 3,250.00 | 3,250.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 2,643.44 | 2,300.24 | 0.00 | 4,943.68 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Certificate of Service  
The debtor(s) and attorney for debtor(s) were served by US first class mail on ___6\10\16___.

Office of the Chapter 13 Trustee

David G. Gray

Page 2 of 2

| | | | | Date Filed | 01/17/2012 |
|---|---|---|---|---|---|
| SILAS WILSON BOHANNON | | SANDRA FAYE BOHANNON | | Bar Date | 06/05/2012 |
| 1992 QUALLA ROAD | | 1992 QUALLA ROAD | | Gov Bar Date | 07/16/2012 |
| HAYESVILLE, NC 28904 | | HAYESVILLE, NC 28904 | | Latest 341 | 03/07/2012 |
| | | | | Orginal 341 | 03/07/2012 |
| XXX-XX-8909 | | XXX-XX-8469 | | Confirmed | 04/03/2013 |
| | | | | Unsecured Paid At | |
| | | | | Base Amount | 102,000.00 |
| | | | | Plan Unsecured | 0.00 |

| | | | | 5Y | |
|---|---|---|---|---|---|
| | | | | David G. Gray | |
| | | | | Case # | 1220008 |
| | | | | Printed Case # | 12-20008 |
| | | | | Comp % | 2.000% |
| | | | | Expense % | 2.750% |
| | | | | Min Balance | 25.00 |

Case Payment Schedule

| PAYMENT | 07/2012 | 1,855.00 | MONTHLY |
|---|---|---|---|
| PAYMENT | 06/2012 | 06/2012 | 11,900.00 ONE-TIME |
| PAYMENT | 02/2012 | 01/2017 | 0.00 MONTHLY |

Attorney: T BENTLEY LEONARD
Employer D:
Employer J:

| CLAIM | CREDITOR | PAY SEQ | DISB CODE | DISB STATUS | CLASS | LAST DISB | INTEREST ARREARS | FIXED ARREARS | FIXED PAY | ALLOWED AMOUNT | PRIN PAID | INT PAID | TOTAL PAID | BALANCE DUE | INTEREST DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ALLY FINANCIAL | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 002 | AMRESCO COMMERCIAL FINANCE | 25 | PRO | Release | SEC | 00/0000 | 0.00 | 0.00 | 0.00 | Direct | 0.00 | 0.00 | 0.00 | Direct | Direct |
| 003 | AMRESCO COMMERCIAL FINANCE | 24 | PRO | Release | SEC | 09/2012 | 0.00 | 0.00 | 0.00 | 3,680.88 | 3,680.88 | 0.00 | 3,680.88 | 0.00 | 0.00 |
| 004 | SELECT PORTFOLIO SERVICING, 1 | 20 | FIX | Release | SEC | 04/2016 | 0.00 | 0.00 | 0.00 | 43,726.94 | 43,726.94 | 0.00 | 43,726.94 | Continuing | Continuing |
| 005 | SELECT PORTFOLIO SERVICING, 1 | 24 | PRO | Release | SEC | 02/2014 | 0.00 | 0.00 | 0.00 | 1,783.80 | 1,783.80 | 0.00 | 1,783.80 | 0.00 | 0.00 |
| 005A | HSBC MORTGAGE SERVICES | 24 | PRO | Release | SEC | 07/2014 | 0.00 | 0.00 | 0.00 | 749.74 | 749.74 | 0.00 | 749.74 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIAT | 33 | PRO | Release | UNS | 04/2016 | 0.00 | 0.00 | 0.00 | 15,113.01 | 15,113.01 | 0.00 | 15,113.01 | 0.00 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIAT | 33 | PRO | Release | UNS | 04/2016 | 0.00 | 0.00 | 0.00 | 3,857.23 | 3,857.23 | 0.00 | 3,857.23 | 0.00 | 0.00 |
| 008 | CITIBANK, NA | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 009 | CITIFINANCIAL AUTO CORPORATIC | 25 | PRO | Release | SEC | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 010 | CLAY COUNTY TAX COLL | 30 | PRO | Release | PRI | 02/2014 | 0.00 | 0.00 | 0.00 | 369.57 | 369.57 | 0.00 | 369.57 | 0.00 | 0.00 |
| 011 | CUTSHAW CHIROPRACTIC CENTE | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 012 | DR. JASON SHOOK | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 013 | FIRST CITIZENS BANK | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 014 | GA DEPT. OF REVENUE | 30 | PRO | Release | PRI | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 015 | ALLY FINANCIAL | 24 | PRO | Release | SEC | 02/2014 | 0.00 | 0.00 | 0.00 | 9,124.47 | 9,124.47 | 603.20 | 9,727.67 | 0.00 | 0.00 |
| 016 | GMAC | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 017 | HAYESVILLE WELL DRILLING | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 018 | ING SERVICE CENTER | 25 | PRO | Release | SEC | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 019 | INTERNAL REVENUE SERVICE | 30 | PRO | Release | PRI | 02/2014 | 0.00 | 0.00 | 0.00 | 374.54 | 374.54 | 0.00 | 374.54 | 0.00 | 0.00 |
| 020 | JACKY JONES | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 021 | JAMES E VAUGHAN, ATTORNEY | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 022 | KETRON MOSS, DDS | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 023 | NC DEPT OF REVENUE | 30 | PRO | Release | PRI | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 024 | PRA RECEIVABLES MANAGEMENT, | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 025 | STEPHEN MOORE JR. | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 026 | SUBURBAN PROPANE | 33 | PRO | Release | UNS | 04/2016 | 0.00 | 0.00 | 0.00 | 822.40 | 822.40 | 0.00 | 822.40 | 0.00 | 0.00 |
| 027 | U S ATTORNEYS OFFICE | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 028 | UNCLE JEB'S AUTO & TRUCK SALE | 24 | PRO | Release | SEC | 02/2014 | 0.00 | 0.00 | 0.00 | 5,529.00 | 5,529.00 | 367.60 | 5,896.60 | 0.00 | 0.00 |
| 029 | UNION COUNTY TAX COMMISSION | 30 | PRO | Release | PRI | 00/0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | UNITED COMMUNITY BANK | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |

| | | |
|---|---|---|
| SILAS WILSON BOHANNON | SANDRA FAYE BOHANNON | 5Y |
| 1992 QUALLA ROAD | 1992 QUALLA ROAD | David G. Gray |
| HAYESVILLE, NC 28904 | HAYESVILLE, NC 28904 | |

| | | | |
|---|---|---|---|
| | | Case # | 1220008 |
| | | Printed Case # | 12-20008 |
| XXX-XX-8909 | XXX-XX-8469 | Comp % | 2.000% |
| | | Expense % | 2.750% |
| | | Min Balance | 25.00 |

| | | | | |
|---|---|---|---|---|
| | | | Date Filed | 01/17/2012 |
| | | | Bar Date | 06/05/2012 |
| | | | Gov Bar Date | 07/16/2012 |
| | | | Latest 341 | 03/07/2012 |
| | | | Orginal 341 | 03/07/2012 |
| | | | Confirmed | 04/03/2012 |
| | | | Unsecured Paid At | |
| | | | Base Amount | 102,000.00 |
| | | | Plan Unsecured | 0.00 |

Attorney: T BENTLEY LEONARD
Employer D:
Employer J:

### Case Payment Schedule

| | | | | |
|---|---|---|---|---|
| PAYMENT | 07/2012 | | 1,855.00 | MONTHLY |
| PAYMENT | 06/2012 | 06/2012 | 11,900.00 | ONE-TIME |
| PAYMENT | 02/2012 | 01/2017 | 0.00 | MONTHLY |

| CLAIM | CREDITOR | PAY SEQ | DISB CODE | DISB STATUS | CLASS | LAST DISB | INTEREST ARREARS | FIXED ARREARS | FIXED PAY | ALLOWED AMOUNT | PRIN PAID | INT PAID | TOTAL PAID | BALANCE DUE | INTEREST DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 031 | UNITED CONSUMER FINANCIAL | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | Not Filed | 0.00 | 0.00 | 0.00 | Not Filed | Not Filed |
| 032 | UNITED CONSUMER FINANCIAL SE | 24 | PRO | Release | SEC | 02/2014 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 | 16.85 | 266.85 | 0.00 | 0.00 | DEBTOR |
| 032 | UNITED CONSUMER FINANCIAL SE | 33 | PRO | Release | UNS | 04/2016 | 0.00 | 0.00 | 0.00 | 1,206.76 | 1,206.76 | 0.00 | 1,206.76 | 0.00 | 0.00 |
| 033 | KIMBERLY A. SHEEK | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | HSBC FINANCE CORPORATION | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MICHAEL JAY EMREY | 33 | PRO | Release | UNS | 00/0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DEBTOR |
| 777 | Creditor Nbr DEBTOR | 98 | PRO | Ignore | REF | 00/0000 | 0.00 | 0.00 | 0.00 | Ignore | 0.00 | 0.00 | 0.00 | Ignore | Ignore | DEBTOR |
| 799 | T BENTLEY LEONARD | 24 | PRO | Release | ATY | 02/2014 | 0.00 | 0.00 | 0.00 | 3,250.00 | 3,250.00 | 0.00 | 3,250.00 | 0.00 | 0.00 |
| 881 | DAVID G. GRAY, TRUSTEE | 11 | PRO | Release | SPC | 00/0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| SILAS WILSON BOHANNON | | SANDRA FAYE BOHANNON | | 5Y | Date Filed 01/17/2012 |
| 1992 QUALLA ROAD | | 1992 QUALLA ROAD | | David G. Gray | Bar Date 06/05/2012 |
| HAYESVILLE, NC 28904 | | HAYESVILLE, NC 28904 | | Case # 1220008 | Gov Bar Date 07/16/2012 |
| | | | | Printed Case # 12-20008 | Latest 341 03/07/2012 |
| XXX-XX-8909 | | XXX-XX-8469 | | Comp % 2.000% | Orginal 341 03/07/2012 |
| | | | | Expense % 2.750% | Confirmed 04/03/2012 |
| | | | | Min Balance 25.00 | Unsecured Paid At |
| Case Payment Schedule | | | | | Base Amount 102,000.00 |
| PAYMENT 07/2012 | | 1,855.00 MONTHLY | DEBTOR | Attorney: T BENTLEY LEONARD | Plan Unsecured 0.00 |
| PAYMENT 06/2012 06/2012 | | 11,900.00 ONE-TIME | DEBTOR | Employer D: | |
| PAYMENT 02/2012 01/2017 | | 0.00 MONTHLY | DEBTOR | Employer J: | |

| CLAIM CREDITOR | | PAY SEQ | DISB CODE | DISB STATUS | CLASS | LAST DISB | INTEREST ARREARS | FIXED ARREARS | FIXED PAY | ALLOWED AMOUNT | PRIN PAID | INT PAID | TOTAL PAID | BALANCE DUE | INTEREST DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999 | Creditor Nbr DEBTOR | 99 | PRO | Release | REF | 04/2016 | 0.00 | 0.00 | 0.00 | 892.18 | 892.18 | 0.00 | 892.18 | Continuing | Continuing |
| | | | | | TOTALS | | 0.00 | 0.00 | 0.00 | 90,730.52 | 90,730.52 | 987.65 | 91,718.17 | 0.00 | 0.00 |

SUMMARY TO DATE

| RECEIPTS TO DATE | FUNDS ON HAND | UNALLOCATED FUNDS | CREDITOR PRIN PAID | DELINQUENT AMOUNT | LAST PAYMENT | LAST PAY DATE | MONTHS SINCE FULL PAY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96,661.85 | 0.00 | 0.00 | 86,588.34 | 0.00 | 927.50 | 03/28/2016 | 4 | | | | | |

PAID BY TRUSTEE

| ADMIN ATTORNEY | | SECURED | PRIORITY | UNSECURED | INTEREST | TRST. COMP | TRST. EXP | OTH. COSTS | REF. RCPTS | CLOS. RFD | THIRD PARTY PRINCIPAL | THIRD PARTY INTEREST | TOTAL DISBURSED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 3,250.00 | 64,844.83 | 744.11 | 20,999.40 | 987.65 | 2,300.24 | 2,643.44 | 0.00 | 0.00 | 892.18 | .00 | 0.00 | 96,661.85 |

BALANCE DUE

| ADMIN ATTORNEY | | SECURED | PRIORITY | UNSECURED | EST INT DUE | TRST. COMP | TRST. EXP | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |

ESTIMATED PAYOFFS

| | PRINCIPAL | INTEREST | INT ARREARS | CONTINUING | CONT. ARREARS | FEES | TOTAL DUE CLAIMS | AVAILABLE FUNDS | NET DUE | EST. PAYOFF PER BASE | EST. MONTHS LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IMMEDIATE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,230.33 | |
| OVER THE LIFE OF THE PLAN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,230.33 | 0 Months |